# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION

### CIVIL ACTION No. 7:18-cv-187

| | |
|---|---|
| DEFINITIVE STAFFING SOLUTIONS, INC., a California corporation, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| STAFFING ADVANTAGE, LLC, a North Carolina limited liability company, THE COASTAL GROUP, INC., a North Carolina corporation, RANDAL E. GORE, and SANDRA L. GORE, | )  **ORDER GRANTING**<br>)  **MOTION TO STAY**<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

THIS CAUSE came before the Court upon the parties' Joint Motion to Stay. It appears to the Court that good cause exists for requesting this extension. The Court is therefore of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that this case is stayed, to and including December 18, 2019. On December 18, 2019, the parties will provide a status update to the Court.

**ORDERED** this  4th  day of  November , 2019.

_____
Hon. Louise Flanagan